UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:11-cr-17

v.        HON. R. ALLAN EDGAR

Michael Earl LeDuc,

        Defendant.
_____/

## ORDER OF DETENTION

For reasons stated on the record at the December 3, 2015 detention hearing, the defendant will remain detained pending the SRV final hearing scheduled before Hon. R. Allan Edgar on December 8, 2015 at 2:30 p.m.

Date: 12/3/2015        /s/ Timothy P. Greeley
        TIMOTHY P. GREELEY
        United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).